IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 APR 18 PM 2: 16

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 4:04CR3036 |
| ) | |
| Plaintiff, ) | **ORDER FOR ISSUANCE OF EX** |
| ) | **PARTE SUBPOENAS DUCES** |
| v. ) | **TECUM *IN FORMA PAUPERIS*** |
| ) | |
| BILL LEE SMITH, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER came before the Court on the _18th_ day of April, 2005, on the Motion of the Defendant for an order allowing the issuance of an Ex Parte Subpoena Duces Tecum *In Forma Pauperis* (filing #_____ ), pursuant to Fed. R. Crim. P. 17 (c).

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the Clerk of the District Court is ordered to issue the subpoena as identified in Defendant's Motion and supporting Affidavit and as directed by the Defendant, and that the Defendant is relieved of any obligation to pay for same. Said costs, if any, should be paid by the United States. Said subpoena shall be served by the Federal Defender's investigator. The Clerk is further ordered to file all documents associated with defendant's Motion for issuance of an Ex Parte Subpoenas Duces Tecum In Forma Pauperis under seal. Copies of such documents shall be given the Federal Defender's office.

Dated this _18th_ day of April, 2005.

BY THE COURT:

_____
The Honorable David L. Piester
United States Magistrate Judge