IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BILL L. SMITH, )<br>)<br>Defendant. ) | Case No. 4:04CR3036<br><br>**ORDER** |

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Suppression Hearing, filing 81, from April 29, 2005 to June 2, 2005. The Court, being fully advised in the premises, and noting that the Government has no objection to the same, finds that the defendant's motion should be granted.

IT IS THEREFORE ORDERED that the defendant's suppression hearing shall be continued until June 2, 2005 at 1:00 p.m. The speedy trial time from April 29, 2005 until June 2, 2005 shall be excluded from any speedy trial calculations pursuant to 18 U.S.C. §3161 (h)(1)(F).

Dated this 26th day of April, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge