IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 JUN 22 PM 3: 50

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:04CR3036 |
| ) | |
| BILL LEE SMITH, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing _____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Ex Parte Motion for Issuance of Subpoena *In Forma Pauperis* and the supporting Affidavit under seal. The Clerk is further ordered to provide a copy of the subpoena sought by the defendant to the United States Marshal's Office for service

DATED this 22 day of June, 2005.

BY THE COURT:

*/s/ David L. Piester*
The Honorable David L. Piester
United States Magistrate Judge