IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 JUN 22  PM 3: 50

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:04CR3036 |
| ) | |
| BILL LEE SMITH, ) | |
| ) | |
| Defendant. ) | |

### ORDER FOR ISSUANCE OF SUBPOENA *IN FORMA PAUPERIS*

THIS MATTER came before the Court on the _____ day of June, 2005, on the Ex Parte Motion of the defendant for an Order allowing the issuance of a Subpoena *In Forma Pauperis* (filing _____), pursuant to F.R.Crim.P. 17(b). The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the Clerk of the District Court shall issue the subpoena as identified in defendant's Motion and supporting affidavit. It is further ordered that the defendant is relieved of any obligation to pay for the subpoena issued, with costs, witness fees, travel expenses, and subsistence, if any, to be paid by the United States. Said subpoena shall be served by the United States Marshal's Office.

Dated this 22 day of June, 2005.

BY THE COURT:

The Honorable David L. Piester
United States Magistrate Judge