IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:04CR3036 |
| BILL LEE SMITH, | ) ) ) |
| Defendant. | ) ) |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Deadline For Filing Objection to Judge Piester's Report and Recommendation, filing 109. The Court, being fully advised in the premises, and noting that the government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file his objection to Judge Piester's Report and Recommendation no later than July 1, 2005.

Dated this 27th day of June, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge