IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2005 JUN 29 PM 2: 28
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:04CR3036 |
| BILL LEE SMITH, | ) |
| Defendant. | ) |

### ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing ____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Unopposed Motion to Continue Trial under seal.

DATED this 29th day of June, 2005.

BY THE COURT:

*[signature]*
~~The Honorable Richard G. Kopf~~
~~United States District Judge~~
US Magistrate Judge