IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 JUL 28 AM 11:27

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:04CR3036 |
| BILL LEE SMITH, | ) |
| Defendant. | ) |

### ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing ____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Ex Parte Motion for Issuance of Subpoena Duces Tecum *In Forma Pauperis*, Affidavit in Support of Ex Parte Motion for Issuance of Subpoena Duces Tecum *In Forma Pauperis*, Order and Subpoena under seal.

IT IS FURTHER ORDERED that the Clerk's office shall provide defense counsel with a copy of the Order and the Subpoena for service.

DATED this 27th day of July, 2005.

BY THE COURT:

*David L. Piester*
The Honorable David L. Piester
United States Magistrate Judge