IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | 4:04CR3036 |
| Plaintiff,        ) | |
| ) | |
| vs.        ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| BILL LEE SMITH,        ) | |
| ) | |
| Defendant.        ) | |

On the oral motion of the defendant, and without objection by the government,

IT IS ORDERED that:

1.   The hearing on the defendant's anticipated plea of guilty is rescheduled before Magistrate Judge Piester to the 23rd day of January, 2006, at the hour of 1:30 p.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska.

2.   For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. sec. 3161(h)(1)(I)&(h)(8)(A)(B).

January 17, 2006.                                  BY THE COURT:

                                                              s/ *Richard G. Kopf*
                                                              United States District Judge