# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 4:04CR3036 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| BILL L. SMITH, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER comes before the Court on defendant's unopposed motion to continue his sentencing statement, downward departure motion and supporting brief, filing 143, from March 27, 2006, to March 30, 2006. The Court, being fully advised in the premises, and noting that the Government has no objection to the same, finds that the defendant's motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file his sentencing statement, downward departure motion and supporting brief no later than March 30, 2006.

March 27, 2006.                    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge