IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3036 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| BILL L. SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant, and with the agreement of the government,

IT IS ORDERED that:

(1)     The defendant shall file his sentencing statement, downward departure motion and supporting brief no later than April 3, 2006.

(2)     Defendant Smith's sentencing hearing is continued to Thursday, April 27, 2006, from 12:00-1:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

March 29, 2006.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge